THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT
 SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS
 PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Sonny S.
 Hawkins, Appellant.
 
 
 

Appeal From Pickens County
G. Edward Welmaker, Circuit Court Judge

Unpublished Opinion No. 2011-UP-506   
 Heard October 31, 2011  Filed November
15, 2011

AFFIRMED

 
 
 
 Scott David Robinson, of Greenville, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant  Attorney General Mark Farthing, all of Columbia; and
 Solicitor William W. Wilkins, III, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Sonny Hawkins appeals his conviction of
 unlawful conduct toward a child in violation of section 63-5-70 of the South
 Carolina Code (Supp. 2010), arguing the circuit court erred in denying his
 motion for directed verdict. We affirm
 pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v.
 James, 362 S.C. 557, 562, 608 S.E.2d 455, 457 (Ct. App. 2004) (stating
 issues not raised to the circuit court in support of the directed verdict
 motion are not preserved for appellate review); State v. Lopez, 352 S.C. 373, 378, 574 S.E.2d 210, 213 (Ct. App.
 2002) (finding an issue must be raised to and ruled upon by the circuit court
 to be considered on appeal); State v. Bailey, 298 S.C. 1, 5, 377 S.E.2d
 581, 584 (1989) ("A party cannot argue one ground for a directed verdict
 in trial and then an alternative ground on appeal."); see also State
 v. Harry, 321 S.C. 273, 277, 468 S.E.2d 76, 79 (Ct. App. 1996) ("A
 motion for a directed verdict made at the close of the [State's] case is not
 sufficient to preserve error unless renewed at the close of all the evidence,
 because once the defense has come forward with its proof, the propriety of a
 directed verdict can only be tested in terms of all the evidence.")
 (citation omitted).
AFFIRMED.
SHORT, WILLIAMS,
 and GEATHERS, JJ., concur.